1 BILAL A. ESSAYLI
First Assistant United States Attorney
2 ALEXANDER B. SCHWAB
Acting Chief, Criminal Division
3 JONATHAN GALATZAN
Assistant United States Attorney
4 Chief, Asset Forfeiture Section
SARAH E. SPIELBERGER (Cal. Bar No. 311175)
5 Assistant United States Attorney
Asset Forfeiture & Recovery Section
6      1100 United States Courthouse
       312 North Spring Street
7      Los Angeles, California 90012
       Telephone:  (213) 894-6269
8      E-mail:     Sarah.Spielberger@usdoj.gov
9 Attorneys for Plaintiff
United States of America
10

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                         WESTERN DIVISON

14 UNITED STATES OF AMERICA,        ) No. 2:25-cr-00736-ODW
                                    )
15             Plaintiff,           )
                                    ) NOTICE OF GOVERNMENT'S FILING
16      vs.                         ) OF RECORDED LIS PENDENS
                                    )
17                                  )
                                    )
18 STEVEN TAYLOR,                   )
                                    )
19             Defendant.           )
20

21      Pursuant to Section 405.22 of the California Code of Civil

22 Procedure, plaintiff United States of America hereby files with

23 the court a copy of the notice of pendency of action

24 (hereinafter the "Lis Pendens") which was filed against the

25 //

26

27

28

                                   1

1    real properties at the Office of the County Recorder for Los

2    Angeles County.  Copies of the Lis Pendens are attached hereto

3    as Exhibits "A-F".

4

5    DATED:  October 31, 2025        BILAL A. ESSAYLI
                                     First Assistant United States
                                     Attorney
6                                    ALEXANDER B. SCHWAB
                                     Acting Chief, Criminal Division
7                                    JONATHAN GALATZAN
                                     Assistant United States Attorney
8                                    Chief, Asset Forfeiture Section

9

10                                   ___/s/_____
                                     SARAH E. SPIELBERGER
11                                   Assistant United States Attorney

12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2