# EXHIBIT A

**This page is part of your document - DO NOT DISCARD**

# 20250724078



**Pages:**
**0006**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/20/25 AT 02:43PM**

|  |  |
|---|---|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |



**L E A D S H E E T**



202510200200138

00025916996



015582384

**SEQ:**
**01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

LP 200 N. Gunston Drive

E441968

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

NAME: Gabriela Arciniega, Senior Paralegal

MAILING ADDRESS: 312 N. Spring Street 11th Floor

CITY, STATE, ZIP CODE: Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**RECORDING REQUESTED BY SIMPLIFILE**

TITLE(S)

LIS PENDENS

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

■ Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
SARAH E. SPIELBERGER (Cal. Bar No. 311175)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3358
     E-mail:    Sarah.Spielberger@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:25-cr-00736(A)-ODW |
|---|---|
| Plaintiff, | **LIS PENDENS** |
| v. | |
| STEVEN TAYLOR, | |
| Defendant. | |
| STEVEN TAYLOR AND NATALIE TAYLOR TRUSTEES OF THE TAYLOR FAMILY TRUST, DATED OCTOBER 10, 2010, | |
| Titleholders. | |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is the subject of this action is located at ███████████████, Los

Angeles, California 90049, and is more particularly described as follows:

**PARCEL 1:**

LOT 10 OF TRACT NO. 6909, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 120, PAGES 61 TO 66 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**PARCEL 2:**

THAT PORTION OF LOT 2 OF TRACT NO. 6909, IN THE CITY OF. LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 120, PAGES 61 TO 66 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING NORTHWESTERLY OF A LINE EXTENDING FROM A POINT IN THE NORTHEASTERLY LINE OF
SAID LOT, DISTANT SOUTHEASTERLY THEREON 25.00 FEET FROM THE MOST NORTHERLY CORNER THEREOF, SOUTHWESTERLY TO THE MOST WESTERLY CORNER OF SAID LOT.

Assessor's Parcel Number: 4429-029-031.

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

Title to the defendant property is in the name of Steven Taylor and Natalie Taylor Trustees of the Taylor Family Trust, dated October 10, 2010.

Dated: October 16, 2025

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

_____
SARAH E. SPIELBERGER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On October 16, 2025, I served a LIS PENDENS on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: SEE ATTACHED SERVICE LIST

__X__ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: October 16, 2025 at Los Angeles, California.

*/s/ Gabriela Arciniega*
**Gabriela Arciniega**

SERVICE LIST

Steven Taylor
Trustee of the Taylor Family Trust
███████████████████████
Los Angeles, CA  90049

Natalie Taylor
Trustee of the Taylor Family Trust
███████████████████████
Los Angeles, CA  90049

Oaktree Funding Corp.
3133 West Frye Road #205
Chandler, AZ  85226

Oaktree Funding Corp.
c/o Erin Haggerty, Process Agent
1325 J Street, Suite 1550
Sacramento, CA  95814

MERS, Inc.
Nominee for Oaktree Funding Corp.
P.O. Box 2026
Flint, Ml 48501

First Republic Bank
1001 Wilshire Blvd., #1073
Los Angeles, CA  90017

First Republic Bank
c/o Eddie Norward, Jr., Process Agent
1001 Wilshire Blvd., #1073
Los Angeles, CA  90017