# EXHIBIT B



**This page is part of your document - DO NOT DISCARD**



# 20250724116



**Pages:
0006**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**10/20/25 AT 02:48PM**

```
FEES:        27.00
TAXES:        0.00
OTHER:        0.00
            _____
PAID:        27.00
```



**L E A D S H E E T**



202510200190041

**00025917010**



015582393

**SEQ:
01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

*E460070*

LP 1136 S. Alvarado

FOR REFERENCE ONLY: 20250724116

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

NAME: Gabriela Arciniega,
Senior Paralegal

MAILING      312 N. Spring Street
ADDRESS:    11ᵗʰ Floor

CITY, STATE,   Los Angeles, CA
ZIP CODE:        90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## RECORDING REQUESTED BY SIMPLIFILE

### TITLE(S)

### LIS PENDENS

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.**

☐ **Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.**

☐ **Exempt from the fee per GC 27388.1 (a) (1); not related to real property.**

■ **Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.**

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
SARAH E. SPIELBERGER (Cal. Bar No. 311175)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3358
    E-mail:    Sarah.Spielberger@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:25-cr-00736(A)-ODW |
|---|---|
|        Plaintiff, | **LIS PENDENS** |
|        v. | |
| STEVEN TAYLOR, | |
|        Defendant. | |
| ALVARADO AFFORDABLE ASSOCIATES, LP, | |
|        Titleholder. | |

    NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is the subject of this action is located at █████████████████, Los Angeles, California 90006 and is more particularly described as follows:

All that certain real property situated in the County of
Los Angeles, State of California, described as follows:

LOT 4, IN BLOCK 6 OF ALVARADO HEIGHTS, IN THE CITY OF LOS
ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA,
AS PER MAP RECORDED IN BOOK 34 PAGE 96 OF MISCELLANEOUS
RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

Assessor's Parcel Number: 5136-019-013.

For further information concerning the forfeiture, reference may
be had to the records of the Clerk of the Court for the United States
District Court at Los Angeles, California.

Title to the defendant property is in the name of Alvarado
Affordable Associates, LP.

Dated: October 16, 2025          BILAL A. ESSAYLI
                                 Acting United States Attorney
                                 JOSEPH T. MCNALLY
                                 Acting Chief, Criminal Division
                                 JONATHAN GALATZAN
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture and Recovery
                                 Section


                                 SARAH E. SPIELBERGER
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

2

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On October 16, 2025, I served a LIS PENDENS on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE ATTACHED SERVICE LIST**

X  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: October 16, 2025 at Los Angeles, California.

**Gabriela Arciniega**

**SERVICE LIST**

1

2   Alvarado Affordable Associates, L.P.
    3099 S. Inglewood Blvd.,
3   Los Angeles, CA 90066

4
    Alvarado Affordable Associates, LP
5   c/o Rosey Alvarez, Process Agent
    3995 S. Inglewood Blvd.
6   Los Angeles, CA  90066

7
    Cathay Bank
8   Attn: Barak Volner, Senior Vice President
    17432 Colima Road
9   Rowland Heights, CA 91748

10  Cathay Bank
11  May Kwok Mei Chan, Process Agent
    9650 Flair Drive
12  El Monte, CA  91731

13
    Sunday Capital LLC
14  1335 Lakehills Dr.
    El Dorado Hills, CA 95763
15
    Sunday Capital LLC
16  Kate McIntyre, Process Agent
    1335 Lakehills Dr.
17  El Dorado Hills, CA 95763

18

19

20

21

22

23

24

25

26

27

28