# EXHIBIT D

**This page is part of your document - DO NOT DISCARD**

**20250724120**

Pages: 0007

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/20/25 AT 02:49PM**

| | |
|---|---:|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 35.00 |

**LEADSHEET**

202510201070044

00025917043

015582426

SEQ:
01

SECURE - Daily

**THIS FORM IS NOT TO BE DUPLICATED**

LP 14655 Sylvan St.

E464723

| | |
|---|---|
| RECORDING REQUEST BY<br><br>UNITED STATES<br><br>WHEN RECORDED MAIL TO<br><br>NAME: Gabriela Arciniega, Senior Paralegal<br><br>MAILING ADDRESS: 312 N. Spring Street 11th Floor<br><br>CITY, STATE, ZIP CODE: Los Angeles, CA 90012 | |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# RECORDING REQUESTED BY SIMPLIFILE

### TITLE(S)

<u>LIS PENDENS</u>

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

- ☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).
- ☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.
- ☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.
- ☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.
- ☒ Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
SARAH E. SPIELBERGER (Cal. Bar No. 311175)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6269
    E-mail:    Sarah.Spielberger@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00736(A)-ODW |
| Plaintiff, | **LIS PENDENS** |
| v. | |
| STEVEN TAYLOR, | |
| Defendant. | |
| 14655 SYLVAN PROPERTY, LLC, a California Limited Liability Company, | |
| Titleholder. | |

    NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is the subject of this action is located at ██████████████, Van

Nuys, California 91411 and is more particularly described as follows:

    All that certain real property situated in the County of Los Angeles, State of California, described as follows:

**Parcel 1:**

    Lot 13 in Block 53 of Tract No. 1200, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 19, Page 35 of Maps, in the Office of the County Recorder of said County.

    EXCEPT therefrom all oil, minerals, coal and kindred substances and natural gas under or in said land, as reserved in deed recorded December 19, 1938 as Instrument No. 299 of Official Records.

**Parcel 2:**

    Lot 14 in Block 53 of Tract No. 1200, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 19, Page 35 of Maps, in the Office of the County Recorder of said County.

**Parcel 3:**

    Lot 15 in Block 53 of Tract No. 1200, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 19, Page 35 of Maps, in the Office of the County Recorder of said County.

Assessor's Parcel Number: 2241-006-025.

    For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

//
//
//

Title to the defendant property is in the name of 14655 Sylvan Property, LLC, a California limited liability company.

Dated: October 16, 2025

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

/s/ Sarah E. Spielberger
SARAH E. SPIELBERGER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On October 16, 2025, I served a <u>LIS PENDENS</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE ATTACHED SERVICE LIST**

<u>X</u>  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: October 16, 2025 at Los Angeles, California.

/s/ Gabriela Arciniega
**Gabriela Arciniega**

SERVICE LIST

14655 Sylvan Property, LLC
6306 Cedros Ave.
Van Nuys, CA  91411

14655 Sylvan Property, LLC
c/o Matthew Marzucco, Process Agent
2804 Gateway Oaks Dr., #100
Sacramento, CA  95833

EverBank, N.A.
301 W. Bay Street, Floor 27
Jacksonville, FL  32202

EverBank, N.A.
c/o Legal Department
301 W. Bay Street, Floor 27
Jacksonville, FL  32202